UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


SERELL BUTTS,

        Plaintiff,

                                        File No:  2:11-CV-330

v.

                                        HON. ROBERT HOLMES BELL

PAUL EYKE, et al.,

        Defendants.

_____/


**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On August 22, 2012, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Defendants' motion for summary judgment (Dkt. No. 18) be granted, and that Plaintiff's motion for leave to amend his complaint (Dkt. No. 56) be denied.  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

       **IT IS HEREBY ORDERED** that the R&R (Dkt. No. 63) is **APPROVED** and **ADOPTED** as the opinion of the Court.

       **IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (Dkt. No. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Kangas and Wolak are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust grievance remedies against them, and that the remaining Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to amend his complaint (Dkt. No. 56) is **DENIED**.


Dated: <u>September 14, 2012</u>                    /s/ Robert Holmes Bell
                                                                        ROBERT HOLMES BELL
                                                                        UNITED STATES DISTRICT JUDGE